IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO.: 3:97CR8-02

FILED
CHARLOTTE, NC

AUG 27 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES OF AMERICA

V.   **MEMORANDUM AND ORDER**

**Gerald Jimmy Biggers**

**THIS MATTER** is before the Court on the request of the U.S. Probation Office, Western District of North Carolina, in the property seized while the above defendant was under Supervised Release, one silver Rossi .357 Magnum handgun (Serial # XG00504); five .357 Magnum caliber bullets; and one 6 x 9 notebook used for placing sports bets, be ordered destroyed. The above defendant is now deceased. His term of Supervised Releasee was terminated by Your Honor on 4/10/08.

**IT IS, THEREFORE ORDERED** that the Probation Office for the Western District of North Carolina, Charlotte, NC is hereby authorized to destroy the above noted seized items.

8/25/10
Date

Signature of Judicial Officer
Frank D. Whitney, U.S. District Judge